```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
                    CASE NO. 17-14063-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**RICHARD WILLIAM LOCKLEY,**

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard, on January 16, 2018. A Report and Recommendation filed on January 19, 2018, recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Shaniek M. Maynard, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Three in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of February, 2018.

                                 _____
                                 DONALD L. GRAHAM
                                 UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Shaniek M. Maynard
        David F. Pleasanton, Esq.
        Carmen Lineberger, AUSA